IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS, | ) ) ) ) |
| Plaintiffs, | ) ) No. 2013 C 810 |
| v. | ) ) Judge Lee |
| THE E COMPANY, an Illinois corporation and WILLIAM EDMIER, Individually, | ) ) Magistrate Judge Cole ) ) |
| Defendants. | ) |

## MOTION FOR DEFAULT JUDGMENT IN SUM CERTAIN

NOW COMES the Plaintiff, TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUND, by and through its attorney, JOHN J. TOOMEY, ARNOLD AND KADJAN, and pursuant to FRCP 55 move for judgment in sum certain as stated in this Complaint and the supporting Affidavits attached hereto. In support of its Motion, Plaintiffs state as follows:

1. Suit was filed on February 1, 2013 for collection of delinquent contributions plus attorneys' fees, costs and interest under 29 U.S.C. 1132(g)(2).

2. Service upon THE E COMPANY, an Illinois corporation was made on the Defendant on February 7, 2013, and a copy of the proof of service was filed with the court on February 14, 2013.

3. Service upon WILLIAM EDMIER, Individually was made on the Defendant on February 7, 2013, and a copy of the proof of service was filed with the court on February 14, 2013.

4. Defendants are now in default on the co-signed installment notes as to the Complaint Count II (corporation) and III (individual) and as supported by the attached Affidavits the sums due are:

    $9,905.60  Defaulted Pension Fund installment note payments
  $10,388.36  Defaulted Welfare Fund installment note payments
      $925.00  Attorneys fees
      $414.00  Court costs
  $21,632.96

WHEREFORE, Plaintiff prays for:

1. Entry of judgment against Defendants, THE E COMPANY, an Illinois corporation on Count II of the Complaint and WILLIAM EDMIER, Individually, on Count III of the Complaint, jointly and severally, and in favor of Plaintiffs, TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS in the amount of $21,632.96 as there is no just reason for delay in enforcement under FRCP 54(b).

2. Order Defendant THE E COMPANY, an Illinois corporation to produce its books and records for the time period August, 2012 through the present time within 21 days as to Count I of the Complaint and at such time judgment will be entered in the amount shown to be due on the audit.

                                      TRUSTEES OF THE SUBURBAN TEAMSTERS
                                      OF NORTHERN ILLINOIS WELFARE AND
                                      PENSION FUNDS

                                      s/John J. Toomey
                                      ARNOLD AND KADJAN
                                      203 N. LaSalle Street
                                      Suite 1650
                                      Chicago, Illinois 60601
                                      Telephone No.: (312) 236-0415
                                      Facsimile No.: (312) 341-0438
                                      Dated: March 7, 2013